UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CERTAIN UNDERWRITERS AT LLOYDS,
LONDON, INDIAN HARBOR INSURANCE
COMPANY, QBE SPECIALTY INSURANCE
COMPANY, STEADFAST INSURANCE
COMPANY, GENERAL SECURITY
INDEMNITY COMPANY OF ARIZONA,
UNITED SPECIALTY INSURANCE
COMPANY, LEXINGTON INSURANCE
COMPANY, SAFETY SPECIALTY
INSURANCE COMPANY, HDI GLOBAL
SPECIALTY SE, OLD REPUBLIC UNION
INSURANCE COMPANY,

          Petitioners,

   -against-                                       No. 22 Civ. 2969 (CM)

OXFORD SQUARE CONDOMINIUM
ASSOCIATION, INC. and ROYAL WATER
DAMAGE, INC.,

          Respondents.

---------------------------------------------------------------X

## ORDER APPOINTING UMPIRE

McMahon, J.:

    Petitioners ask this Court to appoint an umpire in an ongoing arbitration between Petitioners and Respondents. Since no one objects to Mr. Justice's appointment and since he is manifestly qualified as both an underwriter and an experienced umpire, I am appointing him as the umpire in this matter.

    Having denied the default judgment motion and appointed an umpire, this Court's work would appear to be finished. Therefore, the Clerk of Court is directed to close the file.

Dated: October 5, 2022

                                                         */s/ Colleen McMahon*
                                                            U.S.D.J.

TO ALL PARTIES BY ECF